# Order

Michigan Supreme Court
Lansing, Michigan

July 19, 2006

130295

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ALPHONZO LEON WRIGHT,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 130295
COA: 256475
Genesee CC: 03-012650-FH

On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether a defendant must "keep or maintain" a vehicle used for the purpose of selling a controlled substance "continuously for an appreciable period of time" as required by *People v Griffin*, 235 Mich App 27, 32-33 (1999), in order to sustain a conviction under MCL 333.7405(1)(d); and (2) whether the evidence presented in this case was sufficient to sustain the defendant's conviction for keeping or maintaining a drug vehicle. We ORDER that this case be argued and submitted to the Court together with the case of *People v Thompson* (Docket No. 130825), at such future session of the Court as both cases are ready for submission. The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.

We further ORDER the Genesee Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint attorney Patrick K. Ehlmann to represent the defendant in this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

*Clerk*

s0712